UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE W. GILLIS,           )
                            )
          Plaintiff,        )
     v.                     )          CIVIL ACTION
                            )          NO. 12-12043-PBS
BRIAN CLARK and             )
ROBERT KIMBALL,             )
                            )
          Defendants.       )

## REPORT AND RECOMMENDATION ON
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

June 13, 2014

DEIN, U.S.M.J.

### I. INTRODUCTION

The plaintiff, George W. Gillis ("Gillis"), is a resident of Norton, Massachusetts.

On about September 12, 2012, Gillis filed the instant action in the Bristol County

Superior Court against Brian Clark ("Clark"), the Chief of Police for the Town of Norton,

and Robert Kimball ("Kimball"), a member of the Town's Board of Selectmen.  Gillis

alleges that Clark and Kimball deprived him of his right to free speech under the First and

Fourteenth Amendments to the Constitution, as well as under the Massachusetts

Declaration of Rights, by confronting him in an intimidating manner and threatening to

sue him for displaying signs containing disparaging statements about them.  By his

amended complaint, Gillis has asserted claims against each of the defendants for